STATE OF IOWA v. J. L. FORKNER, Appellant.

LIQUOR NUISANCE: HELD ESTABLISHED.

*Appeal from Polk District Court.*—HON. W. F. CONRAD, Judge.

WEDNESDAY, APRIL 3, 1895.

Defendant was indicted, tried, and convicted for keeping a liquor nuisance, and appeals.—*Affirmed.*

*Milton Remley,* attorney general, and *Thomas A. Cheshire* for the state.

No appearance for appellant.

Kinne, J.—I. This case is submitted upon the printed abstract of the record only. It appears that the defendant was charged with keeping and maintaining a liquor nuisance in the city of Des Moines. The evidence clearly shows that defendant kept a place in which intoxicating liquors were kept for sale and sold; that he and his agents sold beer and whisky; that his place was frequently searched by police officers, and that several times kegs of beer were found there; that a regular bar was kept, which was resorted to by large numbers of people, for the purpose of procuring beer and other intoxicants. The instructions fully and fairly presented the

,case to the jury, who returned a verdict of guilty. We have examined the entire record as set forth in the abstract, and discover no errors.—*Affirmed.*